IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD KLINA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE SOUTHEASTERN PENNSYLVANIA | : | |
| TRANSPORTATION AUTHORITY | : | NO. 10-5106 |

### ORDER

AND NOW, this 3rd day of October, 2011, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED as follows:

1. Defendant's Motion for Summary Judgment is GRANTED.

2. Plaintiff's Complaint is DISMISSED.

3. Judgment is ENTERED in favor of Defendant and against Plaintiff.

4. The Clerk shall close this case.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-5106 Klina v SEPTA\Klina v SEPTA order msj.wpd